1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM TANG,                                    No.    C06-7912 MJJ

             Plaintiff(s),              **ORDER TO SHOW CAUSE**

   v.

CCL GROUP, INC., et al.,

             Defendant(s).
_____/

        THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

        If plaintiff fails to file a written response to this order to show cause **within 10 days of the date of the order**, the case shall be dismissed for failure to prosecute.  The Case Management Conference scheduled for **April 3, 2007** is hereby vacated, as plaintiff has failed to serve the defendants.

        **IT IS SO ORDERED.**

Dated:    MAR 23 2007
                                              _____
                                              MARTIN J. JENKINS
                                              United States District Judge