ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiff
TOM TANG


RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA 94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants
CCL GROUP INC. & EVELYN TANG

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| TOM TANG | Case No.:C06-07912 MJJ |
|---|---|
| Plaintiff, | **STIPULATION TO PROCEED BEFORE A MAGISTRATE JUDGE & ORDER THEREON** |
| vs. | |
| CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10, | |
| Defendants | |

The parties to the above-entitled case, through their respective counsel hereby do voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

//

**STIPULATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND ORDER**
Tang v. CCL Group Inc., et al.

1  Dated: June 15, 2007                           DAL BON & WANG
                                                  ADAM WANG

2                                                 By:  /s/ Adam Wang
3                                                       Attorney for Plaintiff
                                                        Tom Tang
4

5  Dated:  June 18, 2007            By:   /s/ Ronald Galasi            .
                                          Attorney for Defendants
6                                         CCL Group Inc. & Evenly Tang

7  _____

8                         [~~PROPOSED~~] ORDER

9

10     Pursuant to parties' stipulation, IT IS HEREBY ORDERED that this case is to be re-

11 assigned to a United States Magistrate Judge for all further proceedings.

12                          ALL MATTERS SCHEDULED BEFORE THE UNDERSIGNED
       IT IS SO ORDERED.   COURT ARE VACATED - ANY PENDING MOTIONS
13                          SHOULD BE RENOTICED FOR HEARING BEFORE NEWLY
                            ASSIGNED
14 Dated:  June  21, 2007   JUDGE.              By: /s/ Martin J. Jenkins
                                                     MARTIN J. JENKINS
15                                                   United States District Judge

16

17

18

19

20

21

22

23

24

25