**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11    Tom Tang,                              No. C 06-7912  JL
12              Plaintiff,
                                             ORDER SETTING CASE MANAGEMENT
13         v.                                CONFERENCE
14    CCL Group Inc, et al.,                 [Reassigned Case]
15              Defendants.
      _____/
16
17    TO ALL PARTIES AND COUNSEL OF RECORD:
18
           The above matter having been reassigned to the Honorable James Larson  for trial
19
      and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. Pro. 16(b) and
20
      Civil L.R. 16-10, that a Case Management Conference shall be held in this case on
21
      Wednesday, August 8, 2007, at 10:30 a.m. in Courtroom F, 15th Floor, U.S. District Court
22
      450 Golden Gate Avenue, San Francisco, California.
23
           The parties shall appear in person or through counsel and shall be prepared to
24
      discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil Local Rule 16-9, the
25
      parties shall file a joint case management statement and proposed order no later than ten
26
      (10) days before the date of the conference.  If any party is proceeding without counsel,
27
      separate statements may be filed by each party.
28

1    All documents filed with the Clerk of the Court shall list the civil case number

2 followed only by the initials "**JL**."  One copy shall be clearly marked as a <u>chambers</u> copy.

3    IT IS SO ORDERED.

4

5 DATED: June 27, 2007

6

7 _____
                    James Larson
                    Chief Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California