1   ADAM WANG (STATE BAR NUMBER 201233)
    DAL BON & WANG
    12 South First Street, Suite 613
2   San Jose, CA 95113
    Tel: (408) 292-1040
3   Fax: (408) 292-1045

4   Attorney for Plaintiff
    TOM TANG
5

6   RONALD S. GALASI (SBN 57064)
    1350 OLD BAYSHORE HIGHWAY, SUITE 825
7   BURLINGAME, CALIFORNIA 94010
    TEL: (650) 685-6200
8   FAX: (650) 685-6204

9   Attorney for Defendants
    CCL GROUP INC. & EVELYN TANG
10

11
                        UNITED STATES DISTRICT COURT
12
                    FOR DISTRICT OF NORTHERN CALIFORNIA
13  TOM TANG                              | Case No.:C06-07912 JL

14           Plaintiff,                   | **STIPULATION TO CONTINUE THE**
                                          | **FURTHER CASE MANAGEMENT**
15       vs.                              | **CONFERENCE**

16  CCL GROUP INC., DBA YOTAKA SUSHI
    BAR & GRILL, EVELYN TANG & DOES 1
17  TO 10,

18           Defendants

19       Plaintiff Tom Tang, and Defendants CCL Group Inc. and Evelyn Tang, through their

20  respective counsel, hereby stipulate to continue the Further Case Management Conference as

21  follows:

22       1.      This case was referred to participate in the Court sponsored mediation.

23       2.      Originally, the mediation session was scheduled on November 27, 2007.

24  Accordingly, the Court set a further Case Management on November 28, 2007.

25

                                    1                        C06-7912 JL
    **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**
    Tang  v. CCL Group Inc., et al.

1       3.      Because Plaintiff's work had become short of hands, and it was difficult to get

2  time off from his work, Plaintiff requested to reschedule the mediation.  As such, it was

3  confirmed on November 26, 2007 that the mediation was to be held on December 4, 2007.

4       4.      Given the upcoming mediation, further Case Management Conference may be

5  obviated.  Accordingly, parties request that the further Case Management Conference currently

6  set on November 28, 2007 be continued to December 12, one week after the mediation.

7

8

Dated: November 27, 2007                    DAL BON & WANG

9                                            ADAM WANG

10                                 By:  /s/ Adam Wang

11                                    Attorney for Plaintiff
                                      Tom Tang

12

13  Dated:  November 27, 2007              By:   /s/ Ronald Galasi     .
                                    Attorney for Defendants

14                                    CCL Group Inc. & Evenly Tang

15  _____

16                     [PROPOSED] ORDER

17

18      Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the Further Case

19  Management Conference be continued to December 12, 2007.

20      IT IS SO ORDERED.

21

22  Dated:  November _____, 2007        By:

23

24

25

**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**
Tang  v. CCL Group Inc., et al.

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA