United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Tang, | No. C 06-7912 JL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CCL Group Inc, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff's motion to compel production of documents and motion for monetary sanctions came on for hearing on January 23, 2008. A case management conference had also been scheduled. Adam Wang appeared for Plaintiff. There was no appearance for Defendants. The Court received no notice from Defendants' counsel, Ronald Galasi, requesting a continuance, or that he would be unable to appear. Neither did Galasi respond to any of Plaintiff's moving papers on either motion.

Accordingly, Defendants' counsel Ronald Galasi is hereby ordered to show cause why the motions should not be granted, along with additional monetary sanctions for his failure to appear at the hearing on the 23rd, or that further sanctions should not be imposed. This is the second non-appearance by Defendants' counsel in this case. On December 12, 2007, this Court conducted a case management conference. Adam Wang

appeared for Plaintiff Tom Tang. Arthur Liu appeared specially for Defendants, but was not prepared to participate in the case management conference, which was then continued to January 16, 2008, and then to January 23, to give Defendants' counsel additional time to respond. If counsel continues to fail to appear, or to cooperate in discovery, the Court will impose sanctions, as provided by Rule 37, which, after repeated failures, may lead to a default judgment against his client. Counsel shall appear before this Court on February 6, 2008 at 9:30 a.m. and show cause why such sanctions should not be imposed.

IT IS SO ORDERED.

DATED: January 23, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-7912\Order to Show Cause.wpd