|     |     |
| --- | --- |
| 1   | ADAM WANG (STATE BAR NO. 201233) |
|     | LAW OFFICES OF ADAM WANG |
| 2   | 12 South First Street, Suite 613 |
|     | San Jose, CA 95113 |
| 3   | Telephone:   (408) 292-1040 |
|     | Facsimile:    (408) 286-6619 |

Attorney for Plaintiff

RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA 94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants
CCL GROUP INC. & EVELYN TANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM TANG<br>        Plaintiff,<br>    vs.<br>CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10,<br>        Defendants | Case No. C06-07912 JL<br><br>STIPULATION TO CONSOLIDATE CASES<br><br>C06-07912 JL<br>C07-06444 WHA |

Parties in the relevant cases, through their respective counsel, stipulate to consolidate this action and the subsequently filed case Cai v. CCL Group Inc. (C07-06444 WHA) as follows:

1. The plaintiff in this action is claiming unpaid overtime wages, liquidated damages, meal period premiums, and "waiting time penalties" under California, Labor Code § 203, attorneys' fees and costs arising out of his employment with Defendant CCL Group Inc. doing business as Yataka Sushi Bar & Grill as a sushi chef.

2. The later filed action Cai v. CCL Group Inc. (C07-06444 WHA) alleges identical causes of action on identical legal theories as result of Defendant's uniform payroll practice. Specifically, both actions alleges against the same defendants for failure to pay overtime in

STIPULATION TO CONSOLIDATE
Tang v. CCL Group Inc., et al    Case No. C07-5243 JF                                                    Page 1

1 violation of Fair Labor Standards Act, willful violation of the Fair Labor Standards Act, failure to
2 pay overtime as required by California laws, civil penalties under California Labor Code § 558,
3 and "waiting time penalties" under California Labor Code § 203. Moreover, parties in both actions
4 are represented by the same counsel.

5  3. Given the identical causes of actions alleged in both cases, if the cases are
6 conducted before different judges, parties will be burdened with the duplicate of discoveries and
7 the parties and the Court are likely to engage in duplicate set of proceedings in fact finding and
8 motion practices on the identical or substantially identical factual and legal issues.  The results of
9 the cases are also likely to be conflicting against each other.

10  4. Furthermore, at the last Case Management Conference in this case, Defendants
11 counsel stipulated to consolidate two cases and conduct the trial before this Court.

12  5. As such, parties through their respective counsel hereby formally stipulate to
13 consolidate this case Tang v. CCL Group Inc. (C06-7912 JL) and the case Cai v. CCL Group Inc.
14 (C07-06444 WHA), and conduct the consolidated cases before this Court.

Dated: March 19, 2008                    By: /s/ ADAM WANG
                                              Adam Wang
                                              Attorney for Plaintiff

Dated: March 19, 2008                    By: /s/ Ronald Galasi            .
                                              Attorney for Defendants

_____ _____
                    [~~PROPOSED~~] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the case Tang v. CCL Group Inc. (C06-7912 JL) and case Cai v. CCL Group Inc. (C07-06444 WHA) be consolidated and consolidated case should proceed before this Court.

IT IS SO ORDERED.
Dated: March __, 2008                    By: _____
       April 2, 2008                          James Larson
                                              United States Magistrate Judge

STIPULATION TO CONSOLIDATE
Tang v. CCL Group Inc., et al    Case No. C07-5243 JF                    Page 2