**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Tang,<br><br>    Plaintiff,<br><br>    v.<br><br>CCL Group Inc, et al.,<br><br>    Defendants.<br>_____<br>Yang, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>Shanghai Gourmet,<br><br>    Defendant | No. C 06-7912  JL and consolidated case, C-07-6444 JL and<br><br>C-07-4482 JL<br><br>**NOTICE** |

   Defendant's motion to quash subpoena (Docket # 12), previously noticed for hearing on October 1, at 9:30 a.m., is hereby continued for hearing on October 8 at 9:30 a.m.

   It is further ordered that in C06-7912 JL  Tang v. CCL & related case C07-6444 JL  Cai v. CCL, , Plaintiffs' Motion to file first amended complaint and C07-4482 JL Yang v. Shanghai Gourmet,   Plaintiffs' Motion to file second amended complaint are also set for further hearing on October 8 at 9:30 a.m.

1 | IT IS SO ORDERED.
2 | DATED: September 22, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-7912\NOTICE.wpd