**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

11   Tom Tang,                                    No. C 06-7912  JL

12              Plaintiff,

13        v.

14   CCL Group Inc, et al.,

15              Defendants.
     _____
16   and Consolidated Case                        No. C 07-6444 JL

17   Daniel Cai,                                   **ORDER TO PRODUCE PLAINTIFFS'**
                                                   **CONTACT INFORMATION**
18              Plaintiff,

19        v.

20   CCL Group, et al.,

21              Defendants.

22                                       _/

23

24        TO PLAINTIFFS' COUNSEL, ADAM WANG:

25        You are hereby ordered to immediately produce to the Court the full names, mailing

26   addresses, telephone numbers, and any other contact information, including e-mail

27   addresses for all Plaintiffs in both of the above-captioned cases.

28

1       IT IS SO ORDERED.

2  DATED: May 28,   2009

3

4                                             _____
                                              James Larson
5                                             Chief Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California